**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| IOT INNOVATIONS LLC, | |
| Plaintiff, | Civil Action No. 2:25-cv-01135-JRG-RSP |
| v. | (Lead Case) |
| BH SECURITY, LLC d/b/a BRINKS HOME, | |
| Defendants. | |
| IOT INNOVATIONS LLC, | |
| Plaintiff, | Civil Action No. 2:25-cv-01009-JRG-RSP |
| v. | (Member Case) |
| D-LINK CORPORATION, | |
| Defendant. | |

## JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT AS TO MEMBER CASE NO. 2:25-cv-01009-JRG-RSP

Plaintiff IoT Innovations LLC and Defendant D-Link Corporation (collectively, the "Parties") hereby provide this Notice of Settlement and jointly move to stay all deadlines in the Member Case No. 2:25-cv-01009-JRG-RSP filed against D-Link Corporation. The Parties have reached a settlement in principle to resolve all matters in controversy between them. Accordingly, a stay of all deadlines for 30 days is requested to allow the Parties to finalize their agreement and to file a Notice of Dismissal.

Dated: <u>April 16, 2026</u>

Respectfully submitted,

By:<u>/s/ James F. McDonough</u>

James F. McDonough, III (GA 117088) *
Mark R. Ekonen (AL ASB-0204-R79E)
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone (404) 564-1866
Telephone: (205) 394-9632
Email: jim@rhmtrial.com
Email: mark@rhmtrial.com

C. Matthew Rozier (CO 46854) *
**ROZIER HARDT MCDONOUGH PLLC**
1001 Bannock Street, Suite 241
Denver, Colorado  80204
Telephone: (404) 779-5305; (202) 316-1591
Email: matt@rhmtrial.com

Jonathan L. Hardt (TX 24039906) *
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

**Attorneys for *Plaintiff IOT INNOVATIONS LLC***

\* Admitted to the Eastern District of Texas

---

**JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT AS TO MEMBER CASE**
**No. 2:25-cv-01009-JRG-RSP**
E.D. Tex. No. 2:25-cv-01135-JRG-RSP — Page | 2

Dated: <u>April 16, 2026</u>

Respectfully submitted,

By:<u>/s/ Brock S. Weber</u>

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

Michael Borofsky
State Bar No. 24101534
401 West 4th Street, Suite 3200
Austin, Texas 78701
Tel. (512) 580-9667
Fax (512) 580-9601
michael.borofsky@pillsburylaw.com

Christopher Kao (*admitted*)
Brock S. Weber (*admitted*)
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone: 415-983-1000
Fax: 415-983-1200
Email:  christopher.kao@pillsburylaw.com
Email:  brock.weber@pillsburylaw.com

***Attorneys for Defendant D-LINK CORPORATION***

\*Admitted to the Eastern District of Texas
*# e-signed with express permission*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this day I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system.   As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: <u>April 16, 2026</u>

By:<u>*/s/ James F. McDonough*</u>
James F. McDonough

## CERTIFICATE OF CONFERENCE [L.R. CV-7(i)]

I HEREBY CERTIFY that the requirements of L.R. CV-7(h) have been complied with and the <u>Motion</u> is filed on behalf of the Parties.  Counsel for the parties conferred by email on <u>April 16, 2026</u> regarding this <u>filing</u> and the Parties are in agreement as to its substance, as indicated the signatures of counsel for all Parties.

Dated: <u>April 16, 206</u>

By:<u>*/s/ James F. McDonough*</u>
James F. McDonough